NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re RANDY BRACKINS EL,**
*Petitioner*

---

2026-148

---

On Petition for Writ of Mandamus to the Merit Systems Protection Board in Nos. AT-1221-26-0143-W-1 and 2026A001840.

---

## ON PETITION AND MOTION

---

PER CURIAM.

## O R D E R

Randy Brackins El moves the court to grant leave to file a petition for a writ of mandamus concerning a pending matter before the Merit Systems Protection Board.

In November 2025, Mr. Brackins El filed a whistle-blower appeal with the Board. *El v. NASA*, No. AT-1221-26-0143-W-1, 2026 WL 103064 (M.S.P.B. Jan. 7, 2026). The assigned administrative judge issued an initial decision dismissing the appeal. Mr. Brackins El's petition indicates that, in January 2026, he filed a petition seeking the full Board's review of that decision that he indicates remains pending.

A writ of mandamus is an extraordinary remedy and may issue only if the petitioner has shown a clear and indisputable right to relief and that there are no other adequate means to attain the relief desired. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). Mr. Brackins El has not met this demanding standard here. To the extent he asserts the administrative judge erred on the merits of his appeal or erred by failing to grant his motions regarding the submission of evidence, he has not shown that the normal appeal process (seeking our review after the Board issues its final decision) is inadequate. Nor has he shown any delay by the Board in resolving this matter is so egregious as to warrant mandamus relief.[1]

Accordingly,

IT IS ORDERED THAT:

The motion for leave to file this petition is granted to the extent that the petition is docketed and denied.

FOR THE COURT

July 8, 2026                                        Jarrett B. Perlow
    Date                                                Clerk of Court

---

[1]    Mr. Brackins El notes that he is the subject of a filing restriction imposed by the United States District Court for the Northern District of Alabama. *Brackins El Priv. Est. v. White*, No. 5:25-cv-1568 (N.D. Ala. Feb. 11, 2026), ECF No. 44 at 4–6. The court grants leave to whatever extent necessary to docket and deny this petition.